**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. M-25-679-STE |
| | ) | |
| **DARTAGNAN EVERETTDEAN BURNS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

FILED

6:15 pm, Dec 11, 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: AC, Deputy Clerk

**ORDER SEALING COMPLAINT AND AFFIDAVIT**

On this 11th day of December, 2025, for the reasons given in the government's Motion to Seal,

IT IS ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, together with this Order and the Motion to Seal, be filed in the Office of the Clerk of this Court under seal, so as not to become matters of public record in this Court, until Defendant's initial appearance or further order of the Court.

SHON T. ERWIN
United States Magistrate Judge